UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pouch Ruach,  Civ. No. 13-1260 (PAM/JSM)

      Plaintiff,

v.  **ORDER**

Schaffer Paul, Aric Hansen,
J.D. Coolidge, Heather Pickett,
Heather Starry, Reinhart Roger,
Kator David, Anderson Kristin,
Travis Lindstrom, Brian McDonough,
Anne Herst, Nathan Rowedder,
Chris Hansen, Lisa K. Neyssen,
Jami Pixomatis, and Dave Isais,

      Defendants.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 29, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation and on all of the files, records and proceedings herein, **IT IS HEREBY ORDERED that** this action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 30, 2013

                                                  *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Court Judge